IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 NOV 19 PM 12 58
STEPHAN HARRIS, CLERK
CASPER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. _____ |
| Plaintiff, | ) | |
| v. | ) | Ct. 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2 (Possession with Intent to Distribute Methamphetamine and Aiding and Abetting) |
| NOEMI ALVAREZ AVILA (Counts 1 and 2) | ) | |
| and | ) | Ct. 2: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(viii) (Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine) |
| BALDOMERO JUAREZ GUEVARRA, a.k.a. BALDOMERO GUEVARA (Counts 1, 2 and 3) | ) | |
| Defendants. | ) | Ct. 3: 8 U.S.C. §§ 1326(a)(1) and (2) (Illegal Re-Entry of Previously Deported Alien into the United States) |

14 CR 279-S

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about September 27, 2014, in the District of Wyoming, the Defendants, **NOEMI ALVAREZ AVILA** and **BALDOMERO JUAREZ GUEVARRA, a.k.a. BALDOMERO GUEVARA**, did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and the Defendants, **NOEMI ALVAREZ AVILA** and **BALDOMERO JUAREZ GUEVARRA, a.k.a. BALDOMERO GUEVARA**, did knowingly aid and abet one another in the commission of said offense.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

## COUNT TWO

From on or about September 20, 2014, through and including on or about September 27, 2014, in the District of Wyoming, the Defendants, **NOEMI ALVAREZ AVILA** and **BALDOMERO JUAREZ GUEVARRA, a.k.a. BALDOMERO GUEVARA**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with each other and other persons known and unknown to the grand jury to possess with intent to distribute, and to distribute, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(viii).

## COUNT THREE

On or before September 29, 2014, in the District of Wyoming, the Defendant, **BALDOMERO JUAREZ GUEVARRA, a.k.a. BALDOMERO GUEVARA**, an alien who had previously been deported, was found to be intentionally in the United States, at Yellowstone National Park, Wyoming, the said Defendant having not obtained the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a)(1) and (2).

A TRUE BILL:

"Ink signature on file in clerk's office"
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** NOEMI ALVAREZ AVILA

**DATE:** NOVEMBER 13, 2014

**INTERPRETER NEEDED:** _____ Yes    __X__ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    __X__ Casper    _____ Lander    _____ No Preference

**VICTIM:** _____ Yes    __X__ No

**SEAL CASE:** _____ Yes    __X__ No

**OFFENSE AND PENALTIES:**

**OFFENSE: Ct. 1:** 21 U.S.C. §§ 841(a)(1) AND (b)(1)(B)(viii) and 18 U.S.C. § 2 (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND AIDING AND ABETTING)

**PENALTIES:** NLT 5 YEARS TO NMT 40 YEARS IMPRISONMENT
$5,000,000 FINE
NLT 4 YEARS NMT 5 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE: Ct. 2:** 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(vii) (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE, METHAMPHETAMINE)

**PENALTIES:** NLT 5 YEARS TO NMT 40 YEARS IMPRISONMENT
$5,000,000 FINE
NLT 4 YEARS NMT 5 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTALS:** NLT 5 YEARS TO 40 YEARS IMPRISONMENT
$10,000,000 FINE
NLT 4 YEARS NMT 5 YEARS SUPERVISED RELEASE
$200 SPECIAL ASSESSMENT

## PENALTY SUMMARY

**DEFENDANT NAME:** BALDOMERO JUAREZ GUEVARRA, a.k.a. BALDOMERO GUEVARA

**DATE:** NOVEMBER 13, 2014

**INTERPRETER NEEDED:** _____ Yes    __X__ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    __X__ Casper    _____ Lander    _____ No Preference

**VICTIM:** _____ Yes    __X__ No

**SEAL CASE:** _____ Yes    __X__ No

**OFFENSE AND PENALTIES:**

**OFFENSE: Ct. 1:** 21 U.S.C. §§ 841(a)(1) AND (b)(1)(B)(viii) and 18 U.S.C. § 2 (POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA AND AIDING AND ABETTING)

**PENALTIES:** NLT 5 YEARS TO NMT 40 YEARS IMPRISONMENT
$5,000,000 FINE
NLT 4 YEARS NMT 5 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE: Ct. 2:** 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(vii) (CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE, MARIJUANA)

**PENALTIES:** NLT 5 YEARS TO NMT 40 YEARS IMPRISONMENT
$5,000,000 FINE
NLT 4 YEARS NMT 5 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE: Ct. 3:** 8 U.S.C. §§ 1326(a)(1) and (2) (ILLEGAL RE-ENTRY OF PREVIOUSLY DEPORTED ALIEN INTO THE UNITED STATES)

**PENALTIES:** 0-2 YEARS IMPRISONMENT
$250,000 FINE
1 YEAR SUPERVISED RELEASE

$100 SPECIAL ASSESSMENT

**TOTALS:**          NLT 5 YEARS TO 40 YEARS IMPRISONMENT
$10,250,000 FINE
NLT 4 YEARS NMT 5 YEARS SUPERVISED RELEASE
$300 SPECIAL ASSESSMENT

**AGENT:** SA DAN KIRSCHNER/SA MIKE JHANDA    **AUSA:** TIMOTHY W. GIST

**ESTIMATED TIME OF TRIAL:** __X__ 1-5 days  _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

__X__ Yes          _____ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

__X__ Yes          _____ No