# CRIMINAL MINUTE SHEET

☑ Arraignment / Change of Plea ☐

Date 12/22/14

Time 2:31-2:42

Case No. 14CR279-S
Interpreter
Int. Phone

## USA vs. NOEMI ALVAREZ AVILA

| R. Michael Shickich | Julie Collins | FTR | Chelynne Hallock | Matt Berg |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES   Government   Stephanie Sprecher

Defendant   David Weiss

☐ CJA   ☑ FPD   ☐ RET   ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☑ Not Guilty to Count(s) 1 and 2    of an Indictment
☐ Guilty to Count(s)    of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☑ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☑ Motions to be filed in 20 days or on/before
☑ Trial date set for 2/9/2015 at 9:00 am
   In Casper, WY
☐ Speedy trial expires on
☐ Other

**GUILTY PLEA**
☐ Court is satisfied there is factual basis for plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequences of a plea of guilty
☐ Plea Agreement filed
☐ Sentencing set for    at
   In
☐ Plea conditionally accepted
☐ Count(s)    to be dismissed at time of sentencing

**BOND IS**
☐ Defendant is detained
☐ Set at $    ☐ Cash or Surety  ☐ Unsecured
☑ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with
☐ Post property or sum of money
☐ Do not obtain passport

Initial Appearance on Indictment also held