David Weiss
Assistant Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne, WY 82001
Phone: 307-772-2781
Fax: 307-772-2788
david_weiss@fd.org
For Defendant Alvarez

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-CR-279-S |
| | ) | |
| **NOEMI ALVAREZ AVILA,** | ) | |
| | ) | |
| Defendant. | ) | |

## *STATUS REPORT*

COMES NOW the Defendant, by and through counsel, Assistant Federal Public Defender David Weiss, and pursuant to the Court's Minute Order, advises the Court as follows:

Defense and the prosecution have in theory negotiated a Plea Agreement, however, Defense Counsel is not yet in possession of the Plea Agreement. Because of the short nature of the trial setting, the fact the Defendant lives in Washington State, and that it will simply take time to mail the agreement back and forth, the Plea Agreement may not be filed prior to the Plea Agreement Deadline. All parties will do their best to have the Plea Agreement filed as close to

the Plea Agreement Deadline as possible. .

DATED this 23rd day of January, 2015.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> */s/ David Weiss*
> David Weiss
> Asst. Federal Public Defender
> 214 W. Lincolnway Ste. 31A
> Cheyenne WY 82001

## *CERTIFICATE OF SERVICE*

I hereby certify that the foregoing was served on the 23rd day of January, 2015, by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

> */s/ David Weiss*
> David Weiss