TIMOTHY W. GIST
Wyoming Bar #6-3122
United States Attorney's Office
District of Wyoming
P. O. Box 449
Lander, WY 82520
(307) 332-8195
FAX (307) 332-7104
timothy.gist@usdoj.gov

DAVID WEISS
Wyoming Bar #7-5021
Assistant Federal Public Defender
214 West Lincolnway, Suite 31-A
Cheyenne, Wyoming   82001
(307) 772-2781
Fax:   (307) 772-2788
David_Weiss@fd.org

JAMIE M. WOOLSEY
Wyoming Bar #6-3985
Fuller, Sandefer & Associates
Attorneys at Law, LLC
242 South Grant Street
Casper, WY   82601
(307) 265-3455
FAX (307) 265-2859
woolsey@fullersandeferlaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.      ) | Criminal No. **14-CR-279-S** |
| ) | |
| **NOEMI ALVAREZ AVILA, and**   ) | |
| **BALDOMERO JUAREZ**      ) | |
| **GUEVARRA,**         ) | |
| ) | |
| Defendants. | |

## JOINT STATUS REPORT

Come now the parties hereto, the Defendant, NOEMI ALVAREZ AVILA, by and through

her attorney DAVID WEISS, the Defendant, BALDOMERO JUAREZ GUEVARRA, by and through his attorney JAMIE M. WOOLSEY, and the United States by and through TIMOTHY W. GIST, Assistant United States Attorney for the District of Wyoming, and in response to this Court's Order requiring the parties to file a status report with the Court, would advise the Court as follows:

1. The United States and counsels for the Defendants are aware of the present trial date and the Court's deadline for the filing of a plea agreement.

2. Plea negotiations are ongoing and the parties anticipate reaching agreements next week and will do all in their power to file said agreements within the time period established by the Court. This may be difficult as Mr. Juarez Guevara requires the assistance of a Spanish speaking translator and Ms. Alvarez Avila is residing in Washington State. Nonetheless, the parties will proceed with the Court's deadlines foremost in mind.

Dated this 23rd day of January, 2015.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _____/s/_____
TIMOTHY W. GIST
Assistant United States Attorney
For the District of Wyoming

_____/s/_____
DAVID WEISS
Attorney for the Defendant
ALVAREZ AVILA

_____/s/_____
JAMIE M. WOOLSEY
Attorney for the Defendant
JUAREZ GUEVARA