David Weiss
Assistant Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne, WY 82001
Phone: 307-772-2781
Fax: 307-772-2788
WSB # 7-5021
david.weiss@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-CR-279-S |
| | ) | |
| **NOEMI ALVAREZ-AVILA**, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ORDER DIRECTING PAYMENT OF
ONE WAY TRANSPORTATION AT GOVERNMENT EXPENSE**

The defendant, by and through counsel, Assistant Federal Public Defender David Weiss, pursuant to 18 U.S.C. §4282, respectfully moves this Court for an Order directing the United States Marshal to pay one-way mileage travel expense (airline) for the defendant to travel from Seattle, Washington to U.S. District Court in Casper, Wyoming on or before**, _February 6 , 2015, 11:00 a.m._** for defendant's scheduled court appearance, **Change of Plea,** in the above-captioned matter.

Defendant further moves that the order issuing from this motion extend the order to reimburse to any date that the above-reference hearing might be moved to.

DATED this 30th day of January, 2015.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ David Weiss
David Weiss
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne, WY 82001
307-772-2781


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 30th day of January, 2015  by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing


/s/ David Weiss